THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT MUMMIANI, Appellant, against WILLIAM HUNT, as Warden of Attica State Prison, Respondent.

Submitted November 17, 1941; decided November 27, 1941.

*John J. Bennett, Jr., Attorney-General (Everett D. Mereness* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.